[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

Nos. 17-14385 ; 17-14533
Non-Argument Calendar
_____

D.C. Docket No. 8:07-cr-00304-JDW-MAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUSTIN FORD,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Middle District of Florida
_____

(September 19, 2018)

Before WILSON, WILLIAM PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Rosanne Brady, appointed counsel for Justin Ford in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ford's revocation of supervised release, his sentence imposed upon revocation, and the denial of his motions for miscellaneous relief and reconsideration are **AFFIRMED**.